

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2014

No. 04-11-00891-CR

James **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12648A
Honorable Melisa Skinner, Judge Presiding

# O R D E R

On July 7, 2014, the Texas Court of Criminal Appeals issued the mandate in this appeal in which it ordered our prior judgment reversed and the matter remanded to this court for further proceedings in accordance with its decision. Accordingly, the parties may file amended briefs in this court in light of the decision by the Court of Criminals, and we note that amended briefs are encouraged in this matter. Any amended briefs should include argument with regard to the issue raised in Presiding Judge Sharon Keller's dissent, i.e., the conflicting evidence as to appellant's age at the time of the offense and its effect on a direct appeal.

We **ORDER** appellant to file his amended brief, if any, in this court on or before **August 11, 2014**. The State's amended brief, if any, will be due in this court thirty days after the date appellant's amended brief is filed. If either party chooses not to file an amended brief, that party is **ORDERED** to notify this court of such fact in writing on or before **July 21, 2014**. If appellant decides not to file an amended brief, the State may still file an amended brief, and such brief will be due thirty days after the date appellant advises this court in writing that he does not intend to file an amended brief.

We **order** the clerk of this court to serve copies of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2014.



_____
Keith E. Hottle
Clerk of Court